NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WSOU INVESTMENTS LLC,**
*Appellant*

**v.**

**JUNIPER NETWORKS, INC.,**
*Appellee*

---

2023-1422

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00769.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        WSOU INVESTMENTS LLC V. JUNIPER NETWORKS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 4, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 4, 2023